IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
SEP 20 2017
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| CINDY DEAN,<br><br>　　Plaintiff,<br><br>vs.<br><br>NORTHROP GRUMMAN SYSTEMS CORPORATION,<br><br>　　Defendant. | CV 17–106–M–DLC<br><br>ORDER |

Pursuant to the parties Stipulation to Dismiss in Order to Arbitrate Claims (Doc. 7), advising that parties have agreed to dismiss this action without prejudice so that Plaintiff may arbitrate her claims in accordance with the terms of Defendant's Dispute Resolution Process and Employee Mediation/Arbitration Process Guide, and for good cause shown:

IT IS ORDERED, the above-entitled action is DISMISSED WITHOUT PREJUDICE, with each party to bear their own fees and costs.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to CLOSE this case.

DATED this 20th day of September, 2017.

Dana L. Christensen, Chief Judge
United States District Court